```
JOSEPH T. VODNOY
California Bar No: 031147
316 West Second Street, Suite 1200
Los Angeles, CA  90012
Tel: (213) 893-7500
Fax: (213) 489-4700
Email: jvodnoy@vodnoylaw.com

Attorney for Defendant
JULIO CESAR RUIZ
```

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 03CR05111-01 AWI |
|---|---|---|
| Plaintiff, | ) | **STIPULATION RE: CONTINUANCE OF SENTENCING HEARING;  ORDER** |
| v. | ) |  |
| JULIO CESAR RUIZ, et. al., | ) | Current Sentencing Hearing Date: May 21, 2007 Hearing Time: 9:00 AM |
| Defendant. | ) |  |

In accordance with the stipulation between the government, the defendant JULIO CESAR RUIZ, by and through his counsel of record, Joseph T. Vodnoy, and based upon the record of this case, THE COURT HEREBY FINDS, FOR GOOD CAUSE SHOWN, as follows:

The May 21, 2007 sentencing hearing in this case is continued to July 23, 2007, at 9:00 a.m.

IT IS SO ORDERED.

**Dated:   May 8, 2007**                    /s/ Anthony W. Ishii
                                            UNITED STATES DISTRICT JUDGE