1  JOSEPH T. VODNOY
   California Bar No: 031147
2  316 West Second Street, Suite 1200
   Los Angeles, CA  90012
3  Tel: (213) 893-7500
   Fax: (213) 489-4700
4  Email: jvodnoy@vodnoylaw.com

5  Attorney for Defendant
   JULIO CESAR RUIZ
6

7

8                  UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,  )   Case No. 03CR05111-01 AWI
                              )
11             Plaintiff,     )   **ORDER TO CONTINUE DATE OF RE-**
                              )   **SENTENCING**
12       v.                   )
                              )
13 JULIO CESAR RUIZ, et. al., )
                              )
14             Defendant.     )
                              )
15 _____  )

16      In accordance with the stipulation between the government,

17 the defendant JULIO CESAR RUIZ, by and through his counsel of

18 record, Joseph T. Vodnoy, and ANGEL ALIAZAR NORIEGA-VALENZUELA,

19 by and through his counsel of record, John Frederick Garland and

20 based upon the record of this case, THE COURT HEREBY FINDS, FOR

21 GOOD CAUSE SHOWN, as follows:

22      The July 23, 2007 sentencing hearing in this case is

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

1  continued to September 24, 2007, at 9:00 a.m.
2  IT IS SO ORDERED.
3  **Dated:   July 20, 2007**              **/s/ Anthony W. Ishii**
                                         UNITED STATES DISTRICT JUDGE