JOSEPH T. VODNOY
California Bar No: 031147
316 West Second Street, Suite 1200
Los Angeles, CA  90012
Tel: (213) 893-7500
Fax: (213) 489-4700
Email: jvodnoy@vodnoylaw.com

Attorney for Defendant
JULIO CESAR RUIZ

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 03CR05111-01 AWI |
|---|---|---|
| Plaintiff, | ) | **ORDER TO CONTINUE DATE OF RE-SENTENCING** |
| v. | ) | |
| JULIO CESAR RUIZ, et. al., | ) | |
| Defendant. | ) | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the date presently set for re-sentencing of the defendant JULIO CESAR RUIZ, is vacated and a new date of November 26, 2007 at 9:00 A.M. is hereby set.

Presented By:

/s/ Joseph T. Vodnoy
Joseph T. Vodnoy
Attorney for Defendant
JULIO CESAR RUIZ

IT IS SO ORDERED.

**Dated:   November 1, 2007**          /s/ Anthony W. Ishii
                                       UNITED STATES DISTRICT JUDGE