

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                   )<br>         Plaintiffs,              )<br>                                   )<br>   vs.                             )<br>                                   )<br>JULIO CESAR RUIZ                   ,<br>                                   )<br>                                   )<br>         Defendant.               )<br>_____) | No. CR-03-5111-AWI<br><br>ORDER |

Pursuant to the re sentencing of the defendant, It is hereby ordered that $100.00 of the penalty assessment originally imposed be returned to the defendant.


DATED: _12-23-10_

_____
ANTHONY W. ISHII
Chief U.S. District Judge

9/26/96 exonbnd.frm

1